FILED
U.S. DISTRICT COURT
SAVANNAH DIV
2013 JAN 11 PM 12:04
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GENESIS ELDERCARE
REHABILITATION SERVICES, INC.,
d/b/a Genesis Rehabilitation
Services,

    Plaintiff,

v.

NEW BEGINNINGS CARE, LLC, d/b/a
Woodlands Health Care, LLC, and
WOODLANDS HEALTHCARE AND REHAB,
LLC,

    Defendants.

CASE NO. CV412-261

### O R D E R

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of January 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA